UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE ZAVALA, | Case No. CV 19-0999 AS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ANDREW M. SAUL, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: March 6, 2020

                                                  /s/
                                        ALKA SAGAR
                        UNITED STATES MAGISTRATE JUDGE